[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 05-16801
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 18, 2006
THOMAS K. KAHN
CLERK

D.C. Docket No. 04-81184-CV-WPD

CHRISTOPHER'S CREATIVE DESIGN, INC.,
a.k.a Christopher's Christmas Party Gifts & Antiques,
CHRISTOPHER JAMES,

                                        Plaintiffs-Appellants,

                    versus

VILLAGE OF NORTH PALM BEACH,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(May 18, 2006)

Before TJOFLAT, DUBINA and HILL, Circuit Judges.

PER CURIAM:

This is an appeal from a final judgment and order granting summary judgment in favor of the Village of North Palm Beach. The district court held that plaintiff failed to show the essential element of its claim under 42 U.S.C. § 2000cc, the Religious Land Use and Institutionalized Persons Act, that the sign ordinance of the Village of North Palm Beach was a substantial burden on its exercise of religious rights. Finding no reversible error in this holding, the judgment is due to be affirmed.

AFFIRMED.